IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

**SHERRY MAE DIXON,**

    Plaintiff,

v.

**HOLIDAY CVS, L.L.C.**

    Defendant.

_____/

CIVIL DIVISION

CASE NO.:
2025CA000942CAAXES

## PLAINTIFF'S FIRST AMENDED COMPLAINT
## FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **SHERRY MAE DIXON**, by and through the undersigned counsel, hereby sues the Defendant, **HOLIDAY CVS, L.L.C.**, and alleges:

1. This is an action for damages which exceeds Fifty Thousand Dollars ($50,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **SHERRY MAE DIXON**, was and is a resident of Pasco County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **HOLIDAY CVS, L.L.C.**, was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Wesley Chapel, Pasco County, Florida.

4. Venue is proper in this County in that the Defendant does business in Pasco County, Florida, and/or all of the acts complained of herein occurred in Pasco County, Florida.

5. That on or about May 10, 2024, the Plaintiff, **SHERRY MAE DIXON**, was a business invitee of the Defendant, **HOLIDAY CVS, L.L.C.**'s, premises located at 5606 Post Oak Blvd., Wesley Chapel, Florida 33544.

## COUNT I - NEGLIGENCE CLAIM AGAINST DEFENDANT HOLIDAY CVS, L.L.C.

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. That at all times material hereto, and specifically on May 10, 2024, Defendant, **HOLIDAY CVS, L.L.C.**, owned, managed, controlled, operated, and/or maintained the premises located at 5606 Post Oak Blvd., Wesley Chapel, Florida 33544 located in Pasco County, Florida.

7. That on or about May 10, 2024, the Plaintiff, **SHERRY MAE DIXON,** was lawfully in Defendant, **HOLIDAY CVS, L.L.C.'S,** premises, when she was hit by a faulty automatic door, causing her to fall and sustain injuries.

8. That the Defendant owed to its business invitees, including Plaintiff, a duty to provide a reasonably safe environment.

9. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

   a. By failing to maintain the automatic doors; and/or

   b. By failing to train its employees regarding the proper protocol for automatic door failure(s); and/or

   c. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

   d. By failing to use marking devices and/or warning signs to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

   e. By failing to prop the door open for safe customer access; and/or

  f. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

  f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a faulty automatic door to exist so as to cause the Plaintiff's injury.

  10. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

  11. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

  12. As a direct and proximate result of the aforementioned negligence of the Defendant, **HOLIDAY CVS, L.L.C.**, the Plaintiff, **SHERRY MAE DIXON**, fell as a result of a faulty automatic door and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **SHERRY MAE DIXON** will suffer the losses into the future.

WHEREFORE, Plaintiff, **SHERRY MAE DIXON**, hereby demands judgment for damages, costs and interest from the Defendant, **HOLIDAY CVS, L.L.C.,** together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **SHERRY MAE DIXON,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated:   April 15, 2025

        **RUBENSTEIN LAW, P.A.**
        Attorneys for Plaintiff
        9130 S. Dadeland Blvd, PH
        Miami, FL 33156
        Tel: (305) 661-6000
        Fax: (305) 670-7555
        Email: nismith@rubensteinlaw.com
              pdelpinsosa@rubensteinlaw.com
              eservice@rubensteinlaw.com

By:   /s/ *Nicholas T. Smith*
      **Nicholas T. Smith**
      Florida Bar No.: 1004225